IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SUZANNE HILL, ET AL. | * | |
| Plaintiff(s) | | |
| | * | |
| vs. | | Civil Action No.   CCB-12-2397 |
| | * | |
| LYONS, DOUGHTY & VELDHUIS, P.C. | | |
| Defendant(s) | * | |

******

## ORDER

Plaintiffs having failed to show good cause as to why service of the summons and complaint has not been made upon defendant Lyons, Doughty & Veldhuis, P.C. within 120 days of the filing of the complaint as required by the prior order of this court, it is, this 8th day of May, 2013,

ORDERED that (1) this action is dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a as to defendant Lyons, Doughty & Veldhuis, P.C.; (2) this action is dismissed with prejudice as to defendant Midland Funding, LLC; and (3) the Clerk shall **CLOSE** this case.

/s/

Catherine C. Blake
United States District Judge